IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT STEVE JOLLY, RANDALL L. )
SAIN, CRYSTAL M. JOLLY, and )
DEBORAH R. HOLLAR, )
 )
        Plaintiffs, )
 )
  v. ) 1:04CV01165
 )
ACADEMY COLLECTION SERVICE, INC. )
AND NICK GREEN, )
 )
        Defendants. )

## JUDGMENT

On April 27, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that plaintiffs' motion to dismiss this action (docket no. 31) is granted and this action be, and the same hereby is, dismissed pursuant to Fed. R. Civ. P. 41(a)(2) with prejudice and with each side bearing their own costs.

                                                      United States District Judge

May 31, 2006